**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1842

FRANCIS P. SAITTA,

Plaintiff - Appellant,

versus

MARYLAND DEPARTMENT OF HEALTH AND MENTAL
HYGIENE,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
05-832-JFM)

Submitted:  November 21, 2005      Decided:  December 13, 2005

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Francis P. Saitta, Appellant Pro Se.  Timothy James Paulus,
Assistant Attorney General, David Rowland Morgan, Assistant
Attorney General, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francis P. Saitta appeals the district court's order denying relief on his civil complaint, in which he alleged that his due process rights were violated. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Saitta v. Md. Dep't of Health & Mental Hygiene</u>, No. CA-05-832-JFM (D. Md. July 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>